Dowd, Appellant, v. Hoffmayer.

Argued April 30, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John A. Lord*, with him *Bean, DeAngelis, Kaufman & Kane*, for appellant.

*Harry C. Barbin*, with him *Barbin & Lauffer*, for appellees.

OPINION PER CURIAM, October 16, 1974:

The decree of the chancellor is affirmed based upon the supplemental determination that the transfer from Alma Hoffmayer to Raymond Hoffmayer was not a "bona fide offer" within the meaning of the lease provision concerning appellant's right of first refusal. We need not reach the issue of whether that right of first refusal extended into the renewal period of the lease.